UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CRIMINAL NO. 09-mj-30130

v.

LAURI ANN LEDFORD,

        Defendant.
_____/

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT

        Upon motion of the United States Attorney with notice to counsel for the defendants, and the Court being fully advised in the premises;

        IT IS HEREBY ORDERED that leave to dismiss the complaint against LAURIE ANN LEDFORD, defendant herein, be and is granted; and

        IT IS FURTHER ORDERED that the complaint against defendant herein, be and is dismissed without prejudice and that the appearance bond issued thereunder is canceled.

                                                HONORABLE R. STEVEN WHALEN
                                                United States Magistrate Judge

Entered: 6/2/09

FILED JUN -2 AM 11 58 09 U.S. DIST. COURT CLERK EAST. DIST. MICH. DETROIT-PSG